IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00368-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SANTARIO BOYD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for resentencing as to five challenged conditions of supervised release. (Doc. No. 35: Opinion and Judgment; Doc. No. 36: Mandate).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing those conditions in their current iteration within thirty (30) days of the issuance of this Order. See In Re: Conditions of Probation and Supervised Release, 3:21-mc-3. Upon consideration of the briefing, this matter will be set for a resentencing hearing.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: August 13, 2021

Robert J. Conrad, Jr.
United States District Judge