UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00368-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SANTARIO BOYD | ) | |

**THIS MATTER** is before the Court upon the parties' Joint Memorandum and Recommendation in Aid of Sentencing relating to conditions of the defendant's supervision. (Doc. No. 38).

The United States Court of Appeals for the Fourth Circuit vacated five of the conditions and remanded the matter for further proceedings. (Doc. No. 56: Opinion at 1). The parties have now proposed revised conditions which the Court finds are reasonably related to the factors to consider for supervised release sentences, involve no greater deprivation of liberty than is reasonably to accomplish their purposes, and are consistent with pertinent policy statements issued by the Sentencing Commission. 18 U.S.C. § 3583(d).

**IT IS, THEREFORE, ORDERED** that an amended judgment shall be issued modifying the conditions of supervision as follows:

7. The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment he shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the

defendant plans to change where the defendant works or anything about his work (such as the position or the job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The defendant shall not communicate or internet with any persons he knows is engaged in criminal activity, and shall not communicate or interact with any person he knows to be convicted of a felony unless granted permission to do so by the probation officer.

12. Omitted.

16. The defendant shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(l)), or other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant based upon reasonable suspicion and/or with the consent of the defendant. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

18. Omitted.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Probation Office, and the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

Signed: September 20, 2021

Robert J. Conrad, Jr.
United States District Judge